UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID KRAMER,

      Plaintiff

v.

MERZ NORTH AMERICA, INC,

_____/

## C O M P L A I N T

1.      This is an action for damages greater than $75,000.00 exclusive of costs. This Court has jurisdiction of the above-captioned matter pursuant to 28 USC §1332, diversity jurisdiction as the plaintiff is a resident of the state of Florida and the defendant is a corporation headquartered and registered in North Carolina.  The defendant does business in Orange, Brevard and Hillsborough counties as well as other counties in the state of Florida.  The plaintiff's sales territory includes Pinellas and Hillsborough County.

2.      The defendant manufactures and distributes aesthetic medication under Food and Drug Administration guidelines and requirements.

3.      The plaintiff was employed in sales by the defendant from June 27, 2014 through March 2020 and was paid a salary plus commission based on quotas of amounts sold.  The plaintiff sold Merz products primarily to physicians in the field of plastic surgery, dermatology and med-spas.  A copy of plaintiff's employment and compensation agreement is attached as Exhibit "A".

4.      The defendant placed two managerial directors to supervise and assist the plaintiff in sales.

5.      Merz, through its managerial directors breached its implied covenant of good faith and fair dealings with regards to the plaintiff's commission agreement by the following:

A.      The defendant diluted plaintiff's sales commissions by entering sales agreements with the plaintiff's customers, allowing the customers to purchase product and receive "free samples" in a buy one, get one free or some variation thereof, in violation of the federal Prescription Drug Marketing Act;

B.      The defendant through its managerial employees formed unauthorized group purchasing organizations which allowed other physicians in the plaintiff's sales territory to purchase product, including Xeomin at a discounted price, as well as selling the products to nonphysicians; and

C.      The defendant continuously raised the plaintiff's sales quotas in an effort to prevent the plaintiff from earning commission income.

6.      The above breaches of good faith and fair dealings were done by Merz upper management for the sole purpose of preventing the plaintiff from earning commission income under his employment agreement.

7.      The breaches of the fair dealing in good faith with regard to plaintiff's employment contract caused the plaintiff to lose clients/customers and income in excess of $75,000.00.

WHEREFORE the plaintiff, David Kramer, requests that this Court enter judgment against the defendant, Merz North America, Inc. for all amounts found in due and owing.

## DEMAND FOR JURY TRIAL

The plaintiff requests a trial by jury on all issues so triable.

Dated this 21st day of April, 2020.

**DELLECKER WILSON KING MCKENNA**
**RUFFIER & SOS**
**A Limited Liability Partnership**


BY: <u>s/ William E. Ruffier</u>
William E. Ruffier
Florida Bar No.  0603872
719 VASSAR STREET
ORLANDO, FL 32804-4920
(407) 244-3000
Attorney for Plaintiff
WEReservice@dwklaw.com